UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Margaret-Rae Couch,  Civil 10-3822 MJD/FLN

    Plaintiff,

v.  O R D E R

Bank of America, et al.,

    Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated June 30, 2011, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendants' motion to dismiss or, alternatively, for a more definite statement [#4] is DENIED as moot.

DATED: July 15, 2011.      s/Michael J. Davis
at Minneapolis, Minnesota      CHIEF JUDGE MICHAEL J. DAVIS
    United States District Court